

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00229-CV

| | | |
|---|---|---|
| CLC ROOFING, INC., Appellant/Cross-Appellee | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-268794-13) |
| V. | | |
| | § | July 11, 2019 |
| E.G. HELZER, Appellee/Cross-Appellant & MARK THOMPSON, Appellee | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's judgment notwithstanding the verdict as to Appellee Mark Thompson. We reverse the trial court's final judgment and render judgment that Appellant CLC Roofing, Inc. take nothing on its claims against Appellee E.G. Helzer.

It is further ordered that Appellant CLC Roofing, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mark T. Pittman_____
    Justice Mark T. Pittman